1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15  UNITED STATES OF AMERICA,      )   5:24 MJ 00389
                                   )
16              Plaintiff,         )   ORDER OF DETENTION AFTER
                                   )   HEARING ( Fed.R.Crim.P. 32.1(a)(6)
17         v.                      )   Allegations of Violations of Probation
                                   )   Supervised Release)
18  DARIUS MERCADO BLACK II        )   Conditions of Release)
                                   )
19                                 )
                _____  )
                    Defendant.     )
20

21         On arrest warrant issued by a United States District Court involving alleged

22  violations of conditions of probation or Supervised Release,

23         The court finds no condition or combination of conditions that will

    reasonably assure:
24

25         (A)  (✓)  the appearance of defendant as required; and/or

26         (B)  ( )  the safety of any person or the community.

27  //

28  //

The court concludes:

A.    ( )    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B)    (✓)    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

• UNDERLYING ALLEGATION OF ABSCONDING
• LACK OF IDENTIFIED BAIL RESOURCES
• HISTORY OF SUBSTANCE ABUSE
• ASSOCIATED WITH MULTIPLE PERSONAL IDENTIFIERS.

IT IS ORDERED that defendant be detained.

DATED: 9/16/24

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2